**DISMISS and Opinion Filed April 26, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00170-CV

**NEVADA VOLUNTEER FIRE DEPARTMENT, Appellant**
**V.**
**DONALD DUPONT, INDIVIDUALLY AND AS NEXT FRIEND OF L.D.**
**AND A.D., MINORS, AND SHANNON DUPONT, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02717-2022**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Before the Court is appellant's motion to dismiss the appeal because the

parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Emily Miskel/

230170f.p05

EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NEVADA VOLUNTEER FIRE
DEPARTMENT, Appellant

No. 05-23-00170-CV          V.

DONALD DUPONT,
INDIVIDUALLY AND AS NEXT
FRIEND OF L.D. AND A.D.,
MINORS, AND SHANNON
DUPONT, Appellees

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-02717-
2022.
Opinion delivered by Justice Miskel.
Justices Partida-Kipness and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees DONALD DUPONT, INDIVIDUALLY
AND AS NEXT FRIEND OF L.D. AND A.D., MINORS, AND SHANNON
DUPONT recover their costs of this appeal from appellant NEVADA
VOLUNTEER FIRE DEPARTMENT.


Judgment entered this 26th day of April, 2023.